UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDO A. MEDERO-GONZALEZ, )<br>        Petitioner, )<br> ) <br>       v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, ET AL., )<br>        Respondents. ) | C.A. No. 05-10624-MLW |

ORDER FOR DISMISSAL

WOLF, D.J.

In accordance with the Memorandum and Order dated October 15, 2005 (#7) dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

/s/ Dennis O'Leary
Deputy Clerk

Dated: October 19, 2005